IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARY J. CUMMINGS                                        PLAINTIFF

VERSUS                                             CIVIL ACTION NO. 1:06cv667WJG-JMR

UNION SECURITY INSURANCE COMPANY
and DEFENDANTS AAA, BBB, CCC                             DEFENDANTS

O R D E R

THIS CAUSE is before the Court on motion [27-1] of Defendant Union Security Insurance Company [Union Security] to dismiss Plaintiff's state law claims including breach of contract, bad faith, malicious misrepresentation, and punitive damages. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that the Defendant's motion to dismiss [27-1] Plaintiff's state law claims in this case be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 1st day of June, 2007.

                                                         *Walter J. Gex III*
                                              UNITED STATES SENIOR DISTRICT JUDGE