IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARY J. CUMMINGS                                                                        PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 1:06cv667WJG-JMR

UNION SECURITY INSURANCE COMPANY
and DEFENDANTS AAA, BBB, CCC                                                      DEFENDANTS

SUMMARY JUDGMENT

THIS CAUSE is before the Court on motions of the Defendant, Union Security Insurance Company [Union Security], for summary judgment [32-1] on Plaintiff's claims for damages in this case; and the Plaintiff, Mary J. Cummings, for summary judgment [35-1] pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Defendant Union Security's motion for summary judgment [32-1] be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that Plaintiff Cummings' motion for summary judgment [35-1] be, and is hereby, denied.  It is further,

ORDERED AND ADJUDGED that each party bear their respective costs.  Is if further,

ORDERED AND ADJUDGED that this matter be closed on the docket of this Court.

SO ORDERED AND ADJUDGED this the 11th day of February, 2008.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE